

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00135-CR

THE STATE OF TEXAS                                                   APPELLANT

V.

RODNEY DON DAVIDSON                                                      STATE

----------

### FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
### TRIAL COURT NO. CR13-0610

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "State's Motion To Dismiss Appeal As Moot." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  WALKER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 22, 2015